LOUISIANA ex rel. WASHINGTON v. WALKER, WARDEN.

No. 900, Misc.   Decided June 25, 1962.

Robert H. Reiter and Jack N. Rogers for appellant.

Jack P. F. Gremillion, Attorney General of Louisiana, and Scallan E. Walsh, Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.